**FILED**
CLERK, U.S. DISTRICT COURT

8/8/25

CENTRAL DISTRICT OF CALIFORNIA
BY: ___MRV___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2025 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR  2:25-cr-00656-AB |
| Plaintiff, | I N D I C T M E N T |
| v. | [18 U.S.C. § 111(a)(1): Assault on a Federal Officer or Employee; 18 U.S.C. §§ 111(a)(1), (b): Assault on a Federal Officer or Employee Resulting in Bodily Injury; 18 U.S.C. § 1361: Depredation of Government Property (Class A Misdemeanor)] |
| ERIN PETRA ESCOBAR and NICK ELIAS GUTIERREZ, | |
| Defendants. | |

The Grand Jury charges:

COUNT ONE

[18 U.S.C § 111(a)(1)]

[DEFENDANT ESCOBAR]

On or about July 17, 2025, in Los Angeles County, within the Central District of California, defendant ERIN PETRA ESCOBAR intentionally and forcibly assaulted, resisted, opposed, impeded, and interfered with victim C.C., an employee of the Federal Protective Service, and in doing so, made physical contact with C.C., while C.C.

was engaged in, and on account of, the performance of C.C.'s official
duties.

COUNT TWO

[18 U.S.C § 111(a)(1)]

[DEFENDANT GUTIERREZ]

On or about July 17, 2025, in Los Angeles County, within the Central District of California, defendant NICK ELIAS GUTIERREZ intentionally and forcibly assaulted, resisted, opposed, impeded, and interfered with victim B.M., an employee of the Federal Protective Service, and in doing so, made physical contact with B.M., while B.M. was engaged in, and on account of, the performance of B.M.'s official duties.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COUNT THREE

[18 U.S.C §§ 111(a)(1), (b)]

[DEFENDANT GUTIERREZ]

On or about July 17, 2025, in Los Angeles County, within the Central District of California, defendant NICK ELIAS GUTIERREZ intentionally and forcibly assaulted, resisted, opposed, impeded, and interfered with victim R.S., an employee of the Federal Protective Service, and in doing so, made physical contact with R.S., while R.S. was engaged in, and on account of, the performance of R.S.'s official duties, resulting in the infliction of bodily injury.

1
                              COUNT FOUR

2
                         [18 U.S.C § 1361]

3
                   [CLASS A MISDEMEANOR]

4
                   [DEFENDANT ESCOBAR]

5
     On or about July 17, 2025, in Los Angeles County, within the

6
Central District of California, defendant ERIN PETRA ESCOBAR

7
willfully injured and committed a depredation against property of the

8
United States, namely, a parking barrier gate of the Edward R. Roybal

9
Federal Building and United States Courthouse located at 255 East

10
Temple Street in Los Angeles, California.

11

12
                        A TRUE BILL

13

14
                     /S/_____

15
                     Foreperson

16
BILAL A. ESSAYLI
Acting United States Attorney

17

18
CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division

19

20
*Frances S. Lewis*

21
FRANCES S. LEWIS
Assistant United States Attorney
Chief, General Crimes Section

22

23
SHAWN T. ANDREWS
Assistant United States Attorney
Deputy Chief, General Crimes
Section

24

25

26
MATTHEW TANG
Assistant United States Attorney
General Crimes Section

27

28