# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

JS-3

**CRIMINAL MINUTES - TRIAL**

| Case No. | 2:25-cr-00656-AB | Date | April 2, 2026 |
|---|---|---|---|

Present: The Honorable **ANDRÉ BIROTTE JR., United States District Judge**

Interpreter: N/A

| Evelyn Chun | Laura Elias | William Kanellis / Lloyd Masson |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorney(s) for Defendant(s): | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) Erin Petra Escobar | √ | | √ | DFPD, Samuel Owen Cross | √ | | √ |
| | | | | DFPD, Iboh Umodu | √ | | √ |
| 2) Nick Gutierrez | √ | | √ | CJA, Carlos N. Iriarte | √ | | √ |

_____ Day <u>COURT TRIAL</u>     4th Day <u>JURY TRIAL</u>     _____ Death Penalty Phase

_____ One day trial;     _____ Begun (1ˢᵗ day);     _____ Held & continued;     _____ Completed by jury verdict/submitted to court.

_____ The Jury is impaneled and sworn.

_____ Opening statements made by: _____

_____ Witnesses called, sworn and testified.

_____ Exhibits identified     _____ Exhibits admitted

_____ Government rests.     _____ Defendant(s) _____ rest.

_____ Motion for mistrial by _____ is _____ granted _____ denied _____ submitted

_____ Motion for judgment of acquittal (FRCrP 29) is _____ granted _____ denied _____ submitted

_____ Closing arguments made     _____ Court instructs jury     _____ Bailiff sworn

_____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberations/findings

_____ Alternates excused     _____ Jury retires to deliberate     _____ Jury resumes deliberations

_____ Finding by Court as follows:     _____ Jury Verdict as follows:

Dft # _____ Guilty on count 1     _____ Not Guilty on count(s)

_____ Jury polled     _____ Polling waived

√ Filed Witness & Exhibit lists     _____ Filed Jury notes     _____ Filed Jury Instructions     _____ Filed Jury Verdict

_____ Dft # _____ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

_____ Dft # _____ remanded to custody.    Remand/Release# _____ issd.    Dft # _____ released from custody.

_____ Bond exonerated as to Dft # _____

_____ Case continued to _____ for further trial/further jury deliberation.

√ Other:    FPS Special Agent, Thomas Smith, and CJA Paralegal, Beatriz Garza Madora, were also present.

_____    For reasons stated on the record, the Court dismisses the case with prejudice as to both Defendants Erin Petra Escobar and Nick Guiterrez.

_____ :    28

Initials of Deputy Clerk    evc

CR-78 (10/08)                    **CRIMINAL MINUTES - TRIAL**                    Page 2 of 2